Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BILL BLAS,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CREDITORS FINANCIAL GROUP, LLC,<br><br>　　　　Defendant. | Case No.: 2:08-cv-02461-LKK-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, BILL BLAS and Defendant, CREDITORS FINANCIAL GROUP, LLC, stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, BILL BLAS, against Defendant, CREDITORS FINANCIAL GROUP, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

　　　　///

Dated:　　　3///26/09　　　　KROHN & MOSS LTD

1

---

Stipulation of Dismissal and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |  |
|---|---|---|
|  | /s/ Nicholas Bontrager | |
|  | Nicholas Bontrager, Esq. | |
|  | Attorney for Plaintiff, | |
|  | BILL BLAS | |

Dated: 3/26/09     GORDON & REES, LLP

/s/ Dion N. Cominos
Dion N. Cominos
Attorney for Defendant,
CREDITORS FINANCIAL GROUP, LLC

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: March 27, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation of Dismissal and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com